# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 173.169.251.112 | Bright House Networks | 2011-04-23 02:36:51 PM |
| 173.169.63.190 | Bright House Networks | 2011-04-18 10:11:08 PM |
| 173.170.153.125 | Bright House Networks | 2011-05-13 02:07:44 AM |
| 173.170.244.80 | Bright House Networks | 2011-04-11 02:12:04 PM |
| 173.171.221.184 | Bright House Networks | 2011-04-11 02:45:28 PM |
| 173.21.127.163 | Mediacom Communications | 2011-03-31 09:05:16 PM |
| 173.21.143.70 | Mediacom Communications | 2011-04-09 07:40:46 PM |
| 173.65.120.175 | Verizon Online | 2011-04-12 05:33:24 AM |
| 173.65.133.145 | Verizon Online | 2011-04-06 05:54:19 PM |
| 173.65.181.243 | Verizon Online | 2011-06-12 07:56:40 PM |
| 173.65.210.46 | Verizon Online | 2011-04-10 04:46:55 PM |
| 173.78.109.31 | Verizon Online | 2011-05-07 03:34:08 PM |
| 173.78.11.172 | Verizon Online | 2011-04-22 12:33:37 AM |
| 174.134.247.133 | Bright House Networks | 2011-05-14 01:13:27 AM |
| 174.48.221.145 | Comcast Cable Communications | 2011-04-29 04:07:39 PM |
| 174.61.126.20 | Comcast Cable Communications | 2011-05-27 03:48:23 AM |
| 184.32.176.96 | BellSouth.net | 2011-04-12 02:58:21 AM |
| 184.91.120.211 | Bright House Networks | 2011-05-12 03:30:01 AM |
| 184.91.134.63 | Bright House Networks | 2011-05-10 03:29:31 AM |
| 184.91.225.202 | Bright House Networks | 2011-04-08 07:23:41 PM |
| 184.91.54.112 | Bright House Networks | 2011-04-01 06:34:48 PM |
| 207.244.179.115 | Atlantic Broadband Finance | 2011-05-07 05:43:11 PM |
| 24.110.43.114 | Bright House Networks | 2011-04-11 07:13:48 AM |
| 24.127.213.97 | Comcast Cable Communications | 2011-04-06 11:53:39 AM |
| 24.129.107.237 | Comcast Cable Communications | 2011-04-10 02:36:06 AM |
| 24.129.26.177 | Comcast Cable Communications | 2011-04-18 06:34:03 AM |
| 24.136.39.114 | Cox Communications | 2011-04-13 05:26:45 AM |
| 24.136.39.240 | Cox Communications | 2011-04-15 05:39:54 AM |
| 24.164.36.244 | Bright House Networks | 2011-04-02 04:02:52 AM |
| 24.250.204.148 | Cox Communications | 2011-04-16 04:11:09 AM |
| 24.26.74.23 | Bright House Networks | 2011-03-31 11:42:32 PM |
| 24.73.220.158 | Bright House Networks | 2011-04-21 12:35:59 PM |
| 24.73.80.94 | Bright House Networks | 2011-04-22 08:50:21 AM |
| 24.96.100.4 | Knology | 2011-04-09 09:02:20 AM |
| 50.80.178.93 | Mediacom Communications | 2011-05-28 01:38:40 AM |
| 50.88.218.188 | Bright House Networks | 2011-04-18 12:56:24 AM |
| 50.88.60.23 | Bright House Networks | 2011-05-08 09:35:42 AM |
| 50.89.165.30 | Bright House Networks | 2011-04-30 01:42:38 PM |
| 50.90.133.69 | Bright House Networks | 2011-04-06 07:53:54 PM |
| 50.90.68.70 | Bright House Networks | 2011-05-18 07:06:18 AM |
| 65.32.125.193 | Bright House Networks | 2011-05-17 07:51:30 AM |
| 65.32.185.156 | Bright House Networks | 2011-04-09 08:49:39 AM |
| 65.32.225.24 | Bright House Networks | 2011-05-19 10:49:59 PM |
| 65.32.45.29 | Bright House Networks | 2011-04-12 10:23:05 AM |
| 65.32.51.47 | Bright House Networks | 2011-05-31 12:14:56 AM |
| 65.34.175.8 | Comcast Cable Communications | 2011-04-02 05:58:24 AM |

| IP Address | ISP | Date/Time |
|---|---|---|
| 65.35.206.28 | Bright House Networks | 2011-04-23 09:19:01 PM |
| 65.35.251.114 | Bright House Networks | 2011-04-08 01:52:03 PM |
| 66.151.34.195 | Black Oak Computers Inc. | 2011-04-01 11:29:12 PM |
| 66.176.115.201 | Comcast Cable Communications | 2011-06-12 12:05:46 PM |
| 66.176.229.185 | Comcast Cable Communications | 2011-05-09 01:22:39 AM |
| 66.176.230.67 | Comcast Cable Communications | 2011-05-10 06:41:30 PM |
| 66.176.249.151 | Comcast Cable Communications | 2011-04-10 03:26:23 PM |
| 66.176.3.172 | Comcast Cable Communications | 2011-04-19 01:26:07 AM |
| 66.176.52.74 | Comcast Cable Communications | 2011-05-06 06:26:10 AM |
| 66.177.105.221 | Comcast Cable Communications | 2011-05-23 09:19:38 PM |
| 66.177.156.27 | Comcast Cable Communications | 2011-04-01 07:42:31 AM |
| 66.229.105.222 | Comcast Cable Communications | 2011-04-01 11:40:42 PM |
| 66.229.72.6 | Comcast Cable Communications | 2011-04-09 08:34:17 PM |
| 66.32.68.242 | Earthlink | 2011-04-06 01:25:43 PM |
| 67.162.174.58 | Comcast Cable Communications | 2011-04-15 07:45:05 AM |
| 67.191.37.129 | Comcast Cable Communications | 2011-04-14 07:36:58 AM |
| 67.191.60.252 | Comcast Cable Communications | 2011-04-17 08:07:15 AM |
| 68.200.14.136 | Bright House Networks | 2011-05-17 12:09:19 AM |
| 68.202.102.117 | Bright House Networks | 2011-04-20 04:40:22 AM |
| 68.202.135.144 | Bright House Networks | 2011-04-12 04:01:54 PM |
| 68.202.201.118 | Bright House Networks | 2011-06-05 12:47:53 PM |
| 68.205.97.185 | Bright House Networks | 2011-06-05 04:12:09 PM |
| 68.234.3.234 | colo4jax | 2011-04-05 04:44:05 PM |
| 68.59.84.53 | Comcast Cable Communications | 2011-05-21 03:00:18 AM |
| 69.137.16.191 | Comcast Cable Communications | 2011-04-07 07:59:09 PM |
| 69.254.25.35 | Comcast Cable Communications | 2011-04-09 02:42:44 AM |
| 69.34.15.54 | Embarq Corporation | 2011-04-12 02:55:56 PM |
| 69.73.49.12 | Knology | 2011-04-06 12:32:49 AM |
| 70.119.139.43 | Bright House Networks | 2011-04-22 12:33:28 PM |
| 70.119.205.49 | Bright House Networks | 2011-03-31 10:38:27 PM |
| 70.126.138.131 | Bright House Networks | 2011-04-11 01:35:08 AM |
| 70.126.155.105 | Bright House Networks | 2011-05-06 06:22:18 PM |
| 70.127.98.48 | Bright House Networks | 2011-05-31 05:22:36 AM |
| 70.191.232.170 | Cox Communications | 2011-04-04 10:31:38 PM |
| 70.46.120.35 | NuVox Communications | 2011-05-06 07:19:36 PM |
| 71.0.246.250 | Embarq Corporation | 2011-05-29 11:15:43 PM |
| 71.100.152.148 | Verizon Online | 2011-04-08 05:23:15 PM |
| 71.122.251.152 | Verizon Online | 2011-06-20 04:28:57 AM |
| 71.180.177.250 | Verizon Online | 2011-04-29 07:59:51 AM |
| 71.196.20.114 | Comcast Cable Communications | 2011-05-22 12:49:10 AM |
| 71.196.25.187 | Comcast Cable Communications | 2011-05-09 02:56:37 AM |
| 71.196.28.182 | Comcast Cable Communications | 2011-04-19 12:41:42 AM |
| 71.196.93.143 | Comcast Cable Communications | 2011-04-06 11:25:38 AM |
| 71.197.44.190 | Comcast Cable Communications | 2011-04-12 12:01:28 AM |
| 71.203.151.99 | Comcast Cable Communications | 2011-05-30 08:49:20 PM |
| 71.226.82.66 | Comcast Cable Communications | 2011-04-23 09:20:42 AM |
| 71.229.30.242 | Comcast Cable Communications | 2011-05-15 06:03:17 AM |

| IP Address | ISP | Date/Time |
|---|---|---|
| 71.251.117.97 | Verizon Online | 2011-04-11 03:42:07 PM |
| 71.3.114.218 | Embarq Corporation | 2011-05-08 08:35:01 PM |
| 71.57.131.250 | Comcast Cable Communications | 2011-04-09 01:11:27 PM |
| 72.184.123.95 | Bright House Networks | 2011-04-01 07:19:48 PM |
| 72.184.76.218 | Bright House Networks | 2011-04-10 03:53:51 PM |
| 72.184.76.242 | Bright House Networks | 2011-04-12 09:26:31 PM |
| 72.186.197.230 | Bright House Networks | 2011-04-01 03:56:47 AM |
| 72.188.239.227 | Bright House Networks | 2011-04-10 02:35:09 AM |
| 72.188.72.163 | Bright House Networks | 2011-05-05 12:45:04 AM |
| 72.189.41.81 | Bright House Networks | 2011-04-17 01:03:55 AM |
| 72.28.133.186 | Atlantic Broadband Finance | 2011-04-08 01:52:21 PM |
| 72.28.140.252 | Atlantic Broadband Finance | 2011-04-01 07:49:50 PM |
| 72.91.76.75 | Verizon Online | 2011-04-04 03:06:41 PM |
| 74.179.127.126 | BellSouth.net | 2011-04-06 05:14:27 AM |
| 74.235.221.17 | BellSouth.net | 2011-06-17 11:02:54 PM |
| 74.4.115.193 | Embarq Corporation | 2011-04-06 11:55:51 AM |
| 75.203.152.227 | Cellco Partnership DBA Verizon Wireless | 2011-04-15 04:34:19 PM |
| 75.74.0.70 | Comcast Cable Communications | 2011-04-15 06:14:26 AM |
| 75.74.56.114 | Comcast Cable Communications | 2011-04-20 12:16:36 PM |
| 75.74.64.65 | Comcast Cable Communications | 2011-04-21 04:54:30 PM |
| 75.76.60.48 | Knology | 2011-04-14 09:10:48 PM |
| 76.101.20.39 | Comcast Cable Communications | 2011-05-01 11:08:54 PM |
| 76.101.253.120 | Comcast Cable Communications | 2011-05-01 12:14:24 AM |
| 76.101.89.245 | Comcast Cable Communications | 2011-04-01 06:44:06 PM |
| 76.106.185.71 | Comcast Cable Communications | 2011-05-29 08:05:15 PM |
| 76.108.21.55 | Comcast Cable Communications | 2011-05-07 06:05:12 PM |
| 76.108.72.105 | Comcast Cable Communications | 2011-05-09 05:03:16 AM |
| 76.109.118.62 | Comcast Cable Communications | 2011-04-11 05:33:19 PM |
| 76.109.60.9 | Comcast Cable Communications | 2011-04-10 03:28:21 PM |
| 76.110.187.1 | Comcast Cable Communications | 2011-04-29 03:44:50 AM |
| 76.110.193.7 | Comcast Cable Communications | 2011-04-26 04:55:21 PM |
| 76.110.91.136 | Comcast Cable Communications | 2011-04-16 04:20:10 AM |
| 76.110.97.18 | Comcast Cable Communications | 2011-04-09 06:26:56 PM |
| 76.122.30.217 | Comcast Cable Communications | 2011-04-11 05:22:04 PM |
| 76.26.229.244 | Comcast Cable Communications | 2011-04-17 06:19:52 AM |
| 96.228.186.170 | Verizon Online | 2011-04-13 01:12:35 AM |
| 96.228.192.198 | Verizon Online | 2011-04-10 12:41:25 AM |
| 96.252.149.135 | Verizon Online | 2011-04-11 11:49:56 AM |
| 96.254.113.39 | Verizon Online | 2011-04-18 08:36:59 AM |
| 96.254.207.54 | Verizon Online | 2011-04-07 06:31:13 AM |
| 96.8.10.181 | Baldwin County Internet | 2011-04-16 06:30:31 PM |
| 97.100.148.107 | Bright House Networks | 2011-04-17 01:16:16 AM |
| 97.100.64.11 | Bright House Networks | 2011-04-12 03:51:13 PM |
| 97.101.102.215 | Bright House Networks | 2011-04-19 04:44:44 PM |
| 97.101.254.141 | Bright House Networks | 2011-04-06 01:21:21 AM |
| 97.102.201.171 | Bright House Networks | 2011-04-08 09:52:00 PM |
| 97.102.3.43 | Bright House Networks | 2011-04-08 04:52:15 PM |

| IP Address | ISP | Date/Time |
|---|---|---|
| 97.103.212.202 | Bright House Networks | 2011-04-11 02:04:09 AM |
| 97.104.4.78 | Bright House Networks | 2011-04-16 11:06:17 AM |
| 97.106.42.132 | Bright House Networks | 2011-04-12 03:16:20 AM |
| 97.78.34.210 | Bright House Networks | 2011-04-27 04:48:45 PM |
| 97.96.147.152 | Bright House Networks | 2011-05-16 01:08:54 PM |
| 97.96.85.236 | Bright House Networks | 2011-05-12 04:49:24 PM |
| 97.97.129.22 | Bright House Networks | 2011-04-15 05:27:59 AM |
| 97.97.214.84 | Bright House Networks | 2011-04-02 03:23:21 AM |
| 98.170.253.214 | Cox Communications | 2011-04-01 04:15:56 AM |
| 98.203.48.23 | Comcast Cable Communications | 2011-04-05 06:57:04 PM |
| 98.208.164.152 | Comcast Cable Communications | 2011-04-14 11:47:50 PM |
| 98.230.32.174 | Comcast Cable Communications | 2011-04-14 02:30:46 AM |
| 98.230.42.234 | Comcast Cable Communications | 2011-04-29 01:44:15 PM |
| 98.242.220.76 | Comcast Cable Communications | 2011-04-06 09:23:34 AM |
| 98.254.25.223 | Comcast Cable Communications | 2011-04-11 01:41:59 PM |
| 98.64.194.6 | BellSouth.net | 2011-04-09 03:16:41 AM |
| 98.77.126.159 | BellSouth.net | 2011-04-16 07:06:40 AM |
| 98.82.123.204 | BellSouth.net | 2011-05-15 02:05:19 AM |
| 98.85.238.197 | BellSouth.net | 2011-04-10 05:41:33 AM |
| 99.10.213.162 | AT&T Internet Services | 2011-04-11 06:32:34 PM |
| 99.139.154.17 | AT&T Internet Services | 2011-04-26 11:49:14 PM |
| 99.98.142.44 | AT&T Internet Services | 2011-04-09 02:23:08 AM |