# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

AF HOLDINGS, LLC.
Plaintiff,

v.                                          1:11-CV-23036-CIV-FAM
                                            Moreno
JOHN DOES 1-162,
Defendants.

### NOTICE OF APPEARANCE

The undersigned counsel, Joanne Diez, Esq. of Steele Hansmeier PLLC, enters her appearance as co-counsel on behalf of AF Holdings, LLC. in the above styled cause of action.

/s/Joanne Diez, Esq
Joanne Diez, Esq.
Steele Hansmeier PLLC
Florida Bar No.: 276110
1111 Lincoln Rd-Suite 400
Miami Beach, FL 33139
Telephone: (305)748-2102
Facsimile: (305) 748-2103
jodiez@wefightpiracy.com

Attorney for Plaintiff