# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No.** 11cv23036-FAM

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

(1" from top of page, and centered, begin title of Court)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

FILED by CBR D.C.
NOV 23 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

Case No. __1:11__ -CV- __23036- FAM__
(Judge's Last Name/Magistrate's Last Name)

__AF HOLDINGS, LLC__
(Full Name of Plaintiff/s),

   Plaintiff(s)

vs.

__DOES 1-162__

(Full Name of Defendant/s),

   Defendant(s).
_____/

__Motion to Quash the Subpoena__
TITLE OF DOCUMENT

I, __Chantal Pierre__ [plaintiff or defendant], in the above styled cause, __Did not use IP address 71.196.80.14 on 5/22/2011 00:49:10 GMT to download/upload a movie without permission. I do not want Comcast to supply my name to AF Holdings, LLC or any other party under any circumstance. Thank you.__

11/23/2011
Dated: Month, day, year

Respectfully submitted,

*Chantal Pierre*
Name of Filer

_____
Attorney Bar Number *(if applicable)*

_____
Attorney E-mail Address *(if applicable)*

_____
Firm Name *(if applicable)*

810 N.E. 212th terr, Unit 5
Street Address

Miami, FL 33179
City, State, Zip Code

Telephone: (786) 344-8476

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant *[Party Name(s)]*
*(if applicable)*

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by Comcast *Chantal Pierre* [specify method of service] on 11/23/2011 [date] on all counsel or parties of record on the Service List below.

*Chantal Pierre*
Signature of Filer