UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by _____ D.C.
NOV 28 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA – MIAMI

AF HOLDINGS, LLC,
   Plaintiff,

vs.

Case No.:1:11-CV-23036-FAM
Chief Judge Federico A. Moreno

DOES 1-162,
   Defendants.
_____/

## DEFENDANT, DAYANIRA LEAL'S MOTION TO QUASH SUBPOENA

Defendant, Dayanira Leal, respectfully files this Motion to Quash a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action directed to Custodian of Records/Subpoena Compliance, Comcast Cable Holdings, LLC c/o CT Corporation System, 208 S. LaSalle St., Suite 814, Chicago, IL 60604-1101 be quashed and alleges as follows:

1. This is an action to quash the omnibus subpoena issued by this Court, on behalf of the Plaintiff, to Comcast Cable Holdings, LLC c/o CT Corporation System, for the disclosure of the true names, addresses, telephone numbers, e-mail addresses and other information as directed in the Order.

2. The above-named Defendant, who Plaintiff alleges has IP address 76.101.253.120, is listed as one of the 162 Does' Defendants in this matter and is requesting this Honorable Court to quash said subpoena and/or issue, in the alternative, a protective order in favor of Defendant, DAYANIRA LEALS, prohibiting and preventing the Comcast Cable Holdings, LLC c/o CT Corporation System from revealing the true name of the individual and/or entity using the pseudonym IP address 76.101.253.120.

3. In support of its motion, Defendant would allege that:

a) The Plaintiff has failed to show that its need for the identity information requested outweighs the anonymous speakers First Amendment Rights;

b) The Constitutional protection of freedom of association outweighs the Plaintiff's need to be granted access to the true name and other information of Defendant, with alleged IP address 76.101.253.120;

c) The Plaintiff has failed to establish in its pleadings that it has a good-faith basis to contend that it may be a victim of conduct actionable in this jurisdiction against Defendant; and

d) The Plaintiff has failed to establish that the identity and other information of Defendant is centrally needed to advance his claim.

4. Defendant moves this Court to dismiss this action against Defendant for:

<u>Lack of personal jurisdiction and improper venue</u>. Defendant does not reside in Miami, Florida and resides over 100 miles from this jurisdiction.

5. Defendant moves this Court to dismiss this action against Defendant for:

<u>Improper Joinder</u>. Plaintiff fails to establish grounds as to their joinder claim.

6. Defendant moves this Court to dismiss this action against Defendant for:

<u>Innocence</u>. Defendant is innocent and is unaware of any infringement. Plaintiff fails to establish in its Complaint any proof that any alleged downloading was done intentionally and not un-intentionally or by accident or that the Defendant was ever responsible for the download or how Defendant is responsible or when the Defendant was responsible.

7. The requested subpoena is overly broad in that it fails to establish any named defendant and the time and date that the subpoena seeks to look for the alleged infringement.

WHEREFORE, for the reasons set forth above, the Defendant respectfully requests this Honorable Court to quash the subpoena as it pertains to Defendant, or in the alternative, to issue a protective order preventing the Plaintiff from divulging the true identity and other information of Defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been sent by U.S. Mail to:

Joanne Diez, Esquire  *(Attorney for AF Holdings, LLC)*
Lipcon Margulies & Alsina
2 South Biscayne Blvd.
2480 One Biscayne Tower
Miami, FL 33131
305-373-3016
Fax: 305-373-6204
Email: jdiezlaw@gmail.com

Neil Howard Rubin, Esquire  *(Attorney for AF Holdings, LLC)*
1130 Washington Avenue
Fourth Floor
Miami Beach, FL 33139-4600
305-672-7200
Fax: 305-672-0101
Email: nhrubin@neilrubinlaw.com

Via Facsimile 866-947-5587 to Comcast; RE: Comcast File No.: 315359

on this 26th day of November, 2011.

Dayanira Leal
6308 Panther Lane, Apt E-3
Fort Myers, FL 33919