UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-23036-Civ-SCOLA

AF HOLDINGS, LLC

    Plaintiff,
v.

DOES 1-162

    Defendants.
_____/

**ORDER GRANTING MOTION TO EXTEND TIME FOR SERVICE**

THIS MATTER is before the Court on Plaintiff's Motion to Extend Time for Service of its Complaint [ECF No. 13]. The Court has carefully considered the Motion and is otherwise fully advised in its premises. Accordingly, it is **ORDERED and ADJUDGED** as follows:

The Plaintiff's Motion is **GRANTED**. The initial 120-day period to serve all Defendants will lapse on December 21, 2011. Thereafter, the Plaintiff shall have an additional *60 days* to identify, locate, and effect service upon all Defendants.

**DONE and ORDERED** in chambers at Miami, Florida on December 6, 2011.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Designated U.S. Magistrate Judge
Counsel of record