UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-23036-Civ-SCOLA

AF HOLDINGS, LLC

    Plaintiff,
v.

DOES 1-162

    Defendants.
_____/

### ORDER REFERRING DISCOVERY MOTIONS TO THE MAGISTRATE JUDGE

THIS MATTER is before the Court upon an independent review of the record. The Complaint alleges copyright and civil conspiracy against certain Doe Defendants, who allegedly engaged in the unauthorized appropriation and distribution of Plaintiff's adult entertainment content over the Internet. Compl. ¶ 1. Plaintiff allegedly does not know the true names of the Defendants, but has identified each by a unique Internet Protocol address. *Id.* ¶ 4. Plaintiff purportedly cannot ascertain the actual identities of the Doe Defendants without information from the Defendants' Internet Service Providers. *Id.* Therefore, the Plaintiff filed a Motion [ECF No. 5] to serve limited, immediate discovery on third-party Internet Service Providers in order to determine the identities of the Doe Defendants.

On October 18, 2011, the Court entered an Order [ECF No. 7] granting the Motion and setting forth the terms by which Plaintiff may serve subpoenas upon the third-party Internet Service Providers. Thereafter, certain Motions to Quash [ECF Nos. 9, 10] were filed. The Court has now entered an Order referring all discovery matters to the designated Magistrate Judge, the Hon. Ted Bandstra. It is thus **ORDERED and ADJUDGED** that the pending Motions to Quash [ECF Nos. 9, 10] are included in the referral and shall be adjudicated by the Magistrate Judge.

**DONE and ORDERED** in chambers at Miami, Florida on December 6, 2011.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Designated U.S. Magistrate Judge
Counsel of record