IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | ) | CASE NO.: 11-23036 |
|     Plaintiff, | ) | |
| | ) | Judge: Donald L. Graham |
| v. | ) | |
| | ) | Magistrate: Andrea M. Simonton |
| DOES 1-162 | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |
| | ) | |

**PLAINTIFF AF HOLDINGS, LLC'S  VOLUNTARY DISMISSAL OF
CERTAIN JOHN DOE WITHOUT PREJUDICE AS TO IP ADDRESS 174.61.126.20**

Plaintiff, AF HOLDINGS, LLC, by and through the undersigned counsel, voluntarily dismisses without prejudice its complaint against John Doe (IP address 174.61.126.20). The respective Doe has neither filed an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Fed. R. Civ. P. 41(a)(1) is therefore appropriate.

Respectfully submitted,

HARD DRIVE PRODUCTIONS, INC.

**DATED:**  December 13, 2011

By: /s/ Joseph Perea
Joseph Perea (Bar No. 47782)
Prenda Law Inc.
1111 Lincoln Road,
Suite 400
Miami Beach, FL 33139
Tel: 305-748-2102
Fax: 305-748-2103
joperea@wefightpiracy.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 13, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

s/ Joseph Perea
JOSEPH PEREA
