UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

AF HOLDINGS, LLC,
  Plaintiff,

vs.                                               Case No.:1:11-CV-23036-FAM
                                                  Chief Judge Federico A. Moreno

DOES 1-162,
  Defendants.
_____/

## NOTICE OF APPEARANCE

Vana Renejuste of the law firm Renejuste Law & Associates, a member in Good

Standing of the Florida Bar and the United States District Court Southern District of Florida

Miami Division, hereby enters her appearance as counsel of record on behalf of Defendant,

Dayanira Leal, in the above captioned matter.

Dated:  February 7, 2012                           Respectfully submitted,

                                                                 **/s/ Vana Renejuste**
                                                                  _____
                                                                  Vana Renejuste, Esquire
                                                                  Florida Bar No.: 29420
                                                                Renejuste Law & Associates
                                                                3049 Cleveland Avenue, Suite 140
                                                                Fort Myers, FL 33901
                                                                (239) 656-1414
                                                                (239) 656-0646 Facsimile
                                                                vrenejusteesquire@renejustelaw.com

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on February 7, 2012 I caused the foregoing to be electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

## SERVICE LIST

Joanne Diez, Esquire                                  *(Attorney for AF Holdings, LLC)*
Lipcon Margulies & Alsina
2 South Biscayne Blvd.
2480 One Biscayne Tower

Miami, FL  33131
305-373-3016
Fax:  305-373-6204
*Email:  jdiezlaw@gmail.com*

Neil Howard Rubin, Esquire                    *(Attorney for AF Holdings, LLC)*
1130 Washington Avenue
Fourth Floor
Miami Beach, FL  33139-4600
305-672-7200
Fax:  305-672-0101
*Email:nhrubin@neilrubinlaw.com*

/s/ Vana Renejuste
_____
Vana Renejuste, Esquire
Florida Bar No.: 29420
Renejuste Law & Associates
3049 Cleveland Avenue, Suite 140
Fort Myers, FL 33901
(239) 656-1414
(239) 656-0646 Facsimile
vrenejusteesquire@renejustelaw.com

*Attorney for Defendant*
*DAYANIRA LEAL*