UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:11-23036-RNS

AF HOLDINGS, LLC,

    Plaintiff,

v.

DOES 1 – 162,

    Defendants.

_____/

### PLAINTIFF'S NOTICE OF DISMISSAL OF REMAINING DOE DEFENDANTS

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in the complaint against the remaining Doe defendants. The remaining Doe defendants dismissed under this Notice have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

    Respectfully submitted,

    AF Holdings, LLC

**DATED:** March 1, 2012

    By:   /s/ Joseph Perea
           Joseph Perea (Bar No. 47782)
           Prenda Law Inc.
           1111 Lincoln Road, Suite 400
           Miami Beach, Florida 33139
           Telephone: (305) 748-2102
           Telecopier: (305) 748-2103
           joperea@wefightpiracy.com
           *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 1, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

      /s/ Joseph Perea
     Joseph Perea