UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-23036-Civ-SCOLA

AF HOLDINGS, LLC

    Plaintiff,
v.

DOES 1-162

    Defendants.
_____/

**ORDER REQUIRING CLARIFICATION FROM PLAINTIFF
REGARDING VOLUNTARY DISMISSAL**

THIS MATTER is before the Court on Plaintiff's Notice of Dismissal of Remaining Doe Defendants [ECF No. 28]. In the Notice, Plaintiff informs the Court that it is dismissing without prejudice all claims against "the remaining Doe Defendants." Plaintiff represents that the Notice is effective to voluntarily dismiss as against these Doe Defendants because they have neither answered nor sought summary judgment. The Court notes that one Doe Defendant purports to have filed an Answer [ECF No. 21], however the filing itself does not appear to constitute a responsive pleading to the Complaint. Accordingly, the Court hereby directs Plaintiff to file a Notice of Clarification setting forth its position on the Answer in question and also to state its position on whether its dismissal concludes this case and the reasons why, supported by appropriate legal authority to the extent necessary. Upon hearing from Plaintiff, the Court will enter an Order Closing the Case, if appropriate.

**DONE and ORDERED** in chambers at Miami, Florida on March 2, 2012.

                                                    _____
                                                    ROBERT N. SCOLA, JR.
                                                    UNITED STATES DISTRICT JUDGE

*Copies to:*
Designated U.S. Magistrate Judge
Counsel of record